**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN MMM (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Merinor Marc**    JOINT DEBTOR: **Jacqueline Marc**    CASE NO.: _____

Last Four Digits of SS# **xxx-xx-2593**    Last Four Digits of SS# **xxx-xx-4545**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **48** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **1374.81** for months **1** to **6** ;
B. $ **441.05** for months **7** to **47** ;
C. $ **1.37** for months **48** to **48** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,500.00 (Base) +1,000.00(MMM/Reverse Mortgage)**    TOTAL PAID $ **2,850.00**

Balance Due $ **1,650.00** payable $ **165.00** /month (Months **1** to **10**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **SC Capital Partners, LLC c/o MBank**
Address: **17898 SW McEwan Road, Suite 200; Tigard, OR 97224**
Account No: **XXXXXX0113**
Arrearage on Petition Date $ **MMM**
**MMM** Payment $ **848.87** /month (Months **1** to **6**)
Account No: 
**TPP** Payment $ **0.00** /month (Months **7** to **48**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **FNA Florida LLC**
**120 N. Lasalle Street, 29th Floor; Chicago, IL 60602**
**XXXXXX1890**
Total Due $ **3,140.54**
Payable $ **66.80** /month (Months **1** to **47**)
Payable $ **0.94** /month (Months **48** to **48**)

Unsecured Creditors: Pay $ **169.16** /month (Months **1** to **47**)
Pay $ **0.31** /month (Months **48** to **48**).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**The Debtors are hereby advised that the chapter 13 trustee has requested that the Debtors comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtors hereby acknowledge that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the Debtors shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

**The Debtors have filed a Verified Motion for Referral to Reverse Mortgage with M Bank, Loan Number: XXXXXX4633, for real property located at 6930 NW 47th Place, Lauderhill, Florida 33319. The parties shall timely comply with all requirements of the Order of Referral to the Reverse Mortgage and all Administrative Orders/Local Rules regarding Reverse Mortgage.**

**While the Reverse Mortgage is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, the Debtors have included a post-petition plan payment, absent Court order to the contrary, of no less than the required 31% of the Debtors' gross monthly income (after deducting any amount paid toward HOA fees due for the property) as a good faith adequate protection payment to the lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the lender.**

**If a settlement is reached after the plan is confirmed, the debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement. In the event the debtor receives any financial benefit from the lender as part of any agreement, the Debtors shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.**

**Confirmation of the plan will be without prejudice to the assertion of any rights a Lender has to address payment of its Proof of Claim.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Merinor Marc | /s/ Jacqueline Marc |
|---|---|
| **Merinor Marc** | **Jacqueline Marc** |
| Debtor | Joint Debtor |
| Date: **October 22, 2015** | Date: **October 22, 2015** |